**Form 404**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

39 – 38
dbas

In re:

Bankruptcy Case No.: 15–20707–GLT
Related to Docket No. 38
Chapter: 13
Hearing Date: 11/2/16 at 11:00 AM

**Mark E. DeLuca**
Debtor(s)

Kristin L. DeLuca

**CERTIFICATE OF SERVICE OF** Order Scheduling Dates for Response and Hearing on Motion along with the Motion to Termiante Wage Attachment
(Specify Document(s) Served)

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on    October 6, 2016    .
(Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:    First class mail    .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Kristin L. DeLuca
4729 Old Boston Rd.
Pittsburgh, PA 15227

Pyramid Station Square Management
Attn: Payroll Department
One Post Office Square
Suite 3100
Boston, MA 02109

By:    /s/Kenneth M. Steinberg    
(Signature)
   Kenneth M. Steinberg    
Typed Name
 707 Grant Street
 Suite 2830, Gulf Tower
 Pittsburgh, PA 15219    
Address
   412-391-8000    
Phone No.
   PA I.D. No. 31244    
List Bar I.D. and State of Admission