**Form 404**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

39 – 38
dbas

In re:

Bankruptcy Case No.: 15−20707−GLT
Related to Docket No. 38
Chapter: 13
Hearing Date: 11/2/16 at 11:00 AM

**Mark E. DeLuca**
    Debtor(s)

Kristin L. DeLuca

**CERTIFICATE OF SERVICE OF** _____
         **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                        (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                        By: _____
                            (Signature)

                            _____
                            Typed Name

                            _____
                            Address

                            _____
                            Phone No.

                            _____
                            List Bar I.D. and State of Admission

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark E. DeLuca
Kristin L. DeLuca
    Debtors

Case No. 15-20707-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dbas　　　Page 1 of 1　　　Date Rcvd: Oct 05, 2016
　　　　　　　　　　　　Form ID: 404　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2016.
db/jdb　　　+Mark E. DeLuca,　　Kristin L. DeLuca,　　4729 Old Boston Road,　　Pittsburgh, PA 15227-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2016 at the address(es) listed below:
　　　　　Andrew F Gornall　　on behalf of Creditor　　MidFirst Bank agornall@goldbecklaw.com,
　　　　　　bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
　　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Borough of Whitehall jhunt@grblaw.com,
　　　　　　cnoroski@grblaw.com
　　　　　Kenneth M. Steinberg　　on behalf of Joint Debtor Kristin L. DeLuca
　　　　　　julie.steidl@steidl-steinberg.com,
　　　　　　kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
　　　　　Kenneth M. Steinberg　　on behalf of Debtor Mark E. DeLuca julie.steidl@steidl-steinberg.com,
　　　　　　kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
　　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　　Peter J. Ashcroft　　on behalf of Creditor　　Duquesne Light Company pashcroft@bernsteinlaw.com,
　　　　　　ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
　　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7