IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 13 |
| Social Security No. XXX-XX-4070 | ) | |
| | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Kristin L. DeLuca, | ) | |
| | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Pyramid Station Square Management and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| *Respondents* | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on October 4, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Terminate Wage Attachment were to be filed and served no later than October 24, 2016.

It is hereby respectfully requested that the Order attached to the Motion to Terminate Wage Attachment be entered by the Court.

Respectfully submitted,

October 25, 2016  /s/ Kenneth M. Steinberg
DATE  Kenneth M. Steinberg, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244