FILED
10/25/16 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Mark E. DeLuca ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, ) | Chapter 13 |
| Social Security No. XXX-XX-4070 ) | |
| ) | |
| *Debtor* ) | Related to Docket No. 38 |
| ) | |
| Kristin L. DeLuca, ) | |
| ) | |
| *Movant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Pyramid Station Square Management and ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| *Respondents* ) | |

### ORDER OF COURT

AND NOW, to wit, this 25th Day of October, 2016, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Kristin L. DeLuca be terminated immediately.

Employer:

        **Pyramid Station Square Management**
        **Attn: Payroll Department**
        **One Post Office Square**
        **Suite 3100**
        **Boston, MA 02109**

_____
Honorable Gregory L. Taddonio
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark E. DeLuca
Kristin L. DeLuca
    Debtors

Case No. 15-20707-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Oct 25, 2016
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
db/jdb    +Mark E. DeLuca,    Kristin L. DeLuca,    4729 Old Boston Road,    Pittsburgh, PA 15227-1113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
    Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
    cnoroski@grblaw.com
    Kenneth M. Steinberg    on behalf of Joint Debtor Kristin L. DeLuca
    julie.steidl@steidl-steinberg.com,
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
    Kenneth M. Steinberg    on behalf of Debtor Mark E. DeLuca julie.steidl@steidl-steinberg.com,
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
    ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    TOTAL: 7