Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mark E. DeLuca**
**Kristin L. DeLuca**
  Debtor(s)

Bankruptcy Case No.: 15−20707−GLT
Related to Docket No. 47
Chapter: 13
Docket No.: 48 − 47
Concil. Conf.: May 11, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 25, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 11, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 24, 2017

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

### **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-20707-GLT
Mark E. DeLuca                                                          Chapter 13
Kristin L. DeLuca
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Feb 24, 2017
                              Form ID: 213            Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
```
db/jdb         +Mark E. DeLuca,    Kristin L. DeLuca,    4729 Old Boston Road,    Pittsburgh, PA 15227-1113
14004643       +Bank of America,    c/o Dynia & Associates,    1400 East Touly Ave.,    Suite G2,
                 Des Plaines, IL 60018-3338
14004644       +Barclay Bank,    125 South West Street,    Wilmington, DE 19801-5014
14042414       +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14053338        CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14004652      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,    PO Box 182676,    Columbus, OH 43218)
14004645       +Chase/Disney,    PO Box 15123,    Wilmington, DE 19850-5123
14004646       +Citicard,    Processing Center,    Des Moines, IA 50363-0001
14004649       +Discover,    PO Box 6106,    Carol Stream, IL 60197-6106
14049547       +Dollar Bank, FSB,    PO Box 3969,    Pittsburgh, PA 15230-3969
14042386        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
14004650       +EnerBank USA,    1245 E. Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
14004651       +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
14032908       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14004657       +M. Bianco, DDS,    16 Distributor Drive,    Suite 1,    Morgantown, WV 26501-7209
14045719       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14004658       +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14004660       +REI/USBank,    PO Box 790408,    Saint Louis, MO 63179-0408
14004661       +Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
14004654      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
14004663       +United Recovery Systems,    6330 Gulfton,    Houston, TX 77081-1108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14067495       +E-mail/Text: bncmail@w-legal.com Feb 25 2017 01:34:25       CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14018464        E-mail/Text: mrdiscen@discover.com Feb 25 2017 01:33:45       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14004653       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 25 2017 01:33:50       Kohl’s,
                 N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14004656       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:17       Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
14068725        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2017 01:35:57
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14004659       +E-mail/Text: recovery@paypal.com Feb 25 2017 01:33:43       Paypal,    P.O. Box 45950,
                 Omaha, NE 68145-0950
14073359        E-mail/Text: bnc-quantum@quantum3group.com Feb 25 2017 01:34:00
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14004662       +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2017 01:30:18       Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Whitehall
cr              Duquesne Light Company
cr              MidFirst Bank
14004647*      +Citicard,    Processing Center,    Des Moines, IA 50363-0001
14004648*      +Citicard,    Processing Center,    Des Moines, IA 50363-0001
14004655*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
14006892*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026)
                                                                                   TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2           User: dbas              Page 2 of 2                   Date Rcvd: Feb 24, 2017
                               Form ID: 213            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Kristin L. DeLuca
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Mark E. DeLuca julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```