IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 51 |
| | ) | |
| | ) | |
| Mark E. DeLuca | ) | |
| Kristin L. DeLuca, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 22, 2017

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

                                    Respectfully submitted,

March 23, 2017                      /s/ Kenneth M. Steinberg
DATE                                Kenneth M. Steinberg, Esquire
                                    Attorney for the Debtor(s)

                                    STEIDL & STEINBERG
                                    Suite 2830 – Gulf Tower
                                    707 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 391-8000
                                    kenny.steinberg@steidl-steinberg.com
                                    PA I.D. No. 208402