**Form 132**

UNITED STATES BANKRUPTCY COURT       56
WESTERN DISTRICT OF PENNSYLVANIA     mgut

In re:                                            Bankruptcy Case No.: 15−20707−GLT

                                                  Chapter: 7

**Mark E. DeLuca**                                Kristin L. DeLuca
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Natalie Lutz Cardiello is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 3/21/17                                    **Andrew R. Vara**
                                                  Acting United States Trustee

                                                  **Joseph S. Sisca**
                                                  Assistant United States Trustee
                                                  Western District of Pennsylvania

---

I Natalie Lutz Cardiello, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                  Natalie Lutz Cardiello

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark E. DeLuca
Kristin L. DeLuca
    Debtors

Case No. 15-20707-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Mar 21, 2017
Form ID: 132    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.
tr            +Natalie Lutz Cardiello,    107 Huron Drive,    Carnegie, PA 15106-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    MidFirst Bank agornall@goldbecklaw.com,
     bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       James  Warmbrodt    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
       Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
     cnoroski@grblaw.com
       Kenneth M. Steinberg     on behalf of Joint Debtor Kristin L. DeLuca
     julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
     ;clivingston@steidl-steinberg.com
       Kenneth M. Steinberg     on behalf of Debtor Mark E. DeLuca julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
     ;clivingston@steidl-steinberg.com
       Natalie Lutz Cardiello     ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 9