**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark E. DeLuca** | Social Security number or ITIN   **xxx–xx–5609** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Kristin L. DeLuca** | Social Security number or ITIN   **xxx–xx–4070** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13**     **3/3/15** |
| Case number:   **15-20707–GLT** | | Date case converted to chapter **7**     **3/21/17** |

## Official Form 309B (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Mark E. DeLuca | | Kristin L. DeLuca |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 4729 Old Boston Road Pittsburgh, PA 15227 | | 4729 Old Boston Road Pittsburgh, PA 15227 |
| 4. | **Debtor's attorney** Name and address | Kenneth M. Steinberg Steidl & Steinberg Suite 2830 Gulf Tower. 707 Grant Street Pittsburgh, PA 15219 | | Contact phone 412–391–8000 |
| 5. | **Bankruptcy trustee** Name and address | Natalie Lutz Cardiello 107 Huron Drive Carnegie, PA 15106 | | Contact phone 412–276–4043 |
| | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | | | |

**For more information, see page 2 >**

Case 15-20707-GLT    Doc 61    Filed 03/23/17    Entered 03/24/17 01:04:45    Desc Imaged
Certificate of Notice    Page 2 of 5
Debtor **Mark E. DeLuca** and **Kristin L. DeLuca**                                                    Case number **15–20707–GLT**

| 6. **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 3/21/17 |
|---|---|---|

The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
**Photo ID/Delays:**For security reasons, you may encounter delays when attending court hearings.You should be prepared to show Photo Identification when attending these proceedings, Please plan accordingly.

| 7. **Meeting of creditors** | May 8, 2017 at 11:00 AM | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |

| 8. **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/7/17** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |

| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/7/17** |
|---|---|---|
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/31/15** |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.
Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | **Deadline to object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|---|
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 11. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object |
|---|---|

to exemptions in line 9.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark E. DeLuca
Kristin L. DeLuca
     Debtors

Case No. 15-20707-GLT
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2      Date Rcvd: Mar 21, 2017
                       Form ID: 309B    Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.

```
db/jdb      +Mark E. DeLuca,    Kristin L. DeLuca,    4729 Old Boston Road,    Pittsburgh, PA 15227-1113
aty         +Andrew F Gornall,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty         +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
              Philadelphia, PA 19106-1541
aty          Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
              Pittsburgh, PA 15219-6107
aty          Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1900
14004643    +Bank of America,    c/o Dynia & Associates,    1400 East Touhy Ave.,    Suite G2,
              Des Plaines, IL 60018-3338
14042414    +Borough of Whitehall,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
              Pittsburgh, PA 15219-6101
14004652   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:  Home Depot,    PO Box 182676,    Columbus, OH 43218)
14004649    +Discover,    PO Box 6106,    Carol Stream, IL 60197-6106
14049547    +Dollar Bank, FSB,    PO Box 3969,    Pittsburgh, PA 15230-3969
14004650    +EnerBank USA,    1245 E. Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
14004651    +Fifth Third Bank,    PO Box 740789,    Cincinnati, OH 45274-0789
14032908    +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
14004657    +M. Bianco, DDS,    16 Distributor Drive,    Suite 1,    Morgantown, WV 26501-7209
14045719    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14004658    +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14004660    +REI/USBank,    PO Box 790408,    Saint Louis, MO 63179-0408
14004663    +United Recovery Systems,    6330 Gulfton,    Houston, TX 77081-1108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty          E-mail/Text: julie.steidl@steidl-steinberg.com Mar 22 2017 03:14:26    Kenneth M. Steinberg,
              Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA  15219
tr          +EDI: QNLCARDIELLO.COM Mar 22 2017 02:58:00    Natalie Lutz Cardiello,    107 Huron Drive,
              Carnegie, PA 15106-1826
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 22 2017 03:15:13    Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
ust         +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 22 2017 03:15:22
              Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
              Pittsburgh, PA 15222-3721
14004644    +EDI: TSYS2.COM Mar 22 2017 02:58:00    Barclay Bank,    125 South West Street,
              Wilmington, DE 19801-5014
14053338     EDI: BL-BECKET.COM Mar 22 2017 02:58:00    CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
              POB 3001,    MALVERN, PA 19355-0701
14067495    +E-mail/Text: bncmail@w-legal.com Mar 22 2017 03:15:36    CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14004645    +EDI: CHASE.COM Mar 22 2017 02:58:00    Chase/Disney,    PO Box 15123,
              Wilmington, DE 19850-5123
14004646    +EDI: CITICORP.COM Mar 22 2017 02:58:00    Citicard,    Processing Center,
              Des Moines, IA 50363-0001
14018464     EDI: DISCOVER.COM Mar 22 2017 02:58:00    Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
14042386     EDI: ECAST.COM Mar 22 2017 02:58:00    ECAST SETTLEMENT CORPORATION, ASSIGNEE,
              OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
14004653    +EDI: CBSKOHLS.COM Mar 22 2017 02:58:00    Kohl's,    N56 W17000 Ridgewood Drive,
              Menomonee Falls, WI 53051-7096
14004656    +EDI: RMSC.COM Mar 22 2017 02:58:00    Lowes,    PO Box 530914,    Atlanta, GA 30353-0914
14068725    +EDI: PRA.COM Mar 22 2017 02:58:00    Portfolio Recovery Associates, LLC,    POB 12914,
              Norfolk VA 23541
14004659    +E-mail/Text: recovery@paypal.com Mar 22 2017 03:14:35    Paypal,    P.O. Box 45950,
              Omaha, NE 68145-0950
14073359     EDI: Q3G.COM Mar 22 2017 02:58:00    Quantum3 Group LLC as agent for,    Comenity Bank,
              PO Box 788,    Kirkland, WA  98083-0788
14004661    +EDI: SEARS.COM Mar 22 2017 02:58:00    Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
14004662    +EDI: RMSC.COM Mar 22 2017 02:58:00    Synchrony Bank,    PO Box 960061,
              Orlando, FL 32896-0061
14004654     EDI: TFSR.COM Mar 22 2017 02:58:00    Lexus Financial Services,    PO Box 5855,
              Carol Stream, IL 60197
14006892     EDI: TFSR.COM Mar 22 2017 02:58:00    Toyota Motor Credit Corporation,    PO BOX 8026,
              Cedar Rapids, Iowa 52408-8026
```
                                          TOTAL: 20

```
District/off: 0315-2          User: mgut              Page 2 of 2          Date Rcvd: Mar 21, 2017
                              Form ID: 309B           Total Noticed: 38
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Borough of Whitehall
cr            Duquesne Light Company
cr            MidFirst Bank
14004647*     +Citicard,   Processing Center,   Des Moines, IA 50363-0001
14004648*     +Citicard,   Processing Center,   Des Moines, IA 50363-0001
14004655*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Lexus Financial Services,   PO Box 5855,   Carol Stream, IL 60197)
                                                                  TOTALS: 3, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   MidFirst Bank agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of Whitehall jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Kristin L. DeLuca
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Mark E. DeLuca julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                      TOTAL: 9
```