**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    MARK E. DELUCA
    KRISTIN L. DELUCA
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-20707 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 03/03/2015  and confirmed on 04/16/2015 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 50,768.34 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,763.35 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 1,972.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,372.64 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MIDFIRST BANK SSB* | 0.00 | 24,383.82 | 0.00 | 24,383.82 |
|   Acct: 5243 | | | | |
| MIDFIRST BANK SSB* | 61.83 | 61.83 | 0.00 | 61.83 |
|   Acct: 5243 | | | | |
| BOROUGH OF WHITEHALL (MUN SVC) | 24.00 | 24.00 | 2.00 | 26.00 |
|   Acct: XXXXXX0;15 | | | | |
| WHITEHALL BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXX0;15 | | | | |
| WHITEHALL BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXX INT | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 1,741.50 | 1,741.50 | 36.00 | 1,777.50 |
|   Acct: XXXXXXX3659 | | | | |
| | | | | 26,249.15 |
| **Priority** | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MARK E. DELUCA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MARK E. DELUCA | 4.99 | 4.99 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8208 | | | | |
| CERASTES LLC | 11,972.98 | 5,069.01 | 0.00 | 5,069.01 |
| Acct: 0190 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2685 | | | | |
| ECAST SETTLEMENT CORP | 10,850.94 | 4,593.98 | 0.00 | 4,593.98 |
| Acct: 3027 | | | | |
| ECAST SETTLEMENT CORP | 2,778.05 | 1,176.14 | 0.00 | 1,176.14 |
| Acct: 8182 | | | | |
| ECAST SETTLEMENT CORP | 4,197.99 | 1,777.30 | 0.00 | 1,777.30 |
| Acct: 5280 | | | | |
| DISCOVER BANK(*) | 1,365.69 | 578.19 | 0.00 | 578.19 |
| Acct: 4170 | | | | |
| ENERBANK USA | 6,683.24 | 2,829.49 | 0.00 | 2,829.49 |
| Acct: 0421 | | | | |
| FIFTH THIRD BANK** | 457.35 | 193.62 | 0.00 | 193.62 |
| Acct: 7864 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 559.40 | 236.84 | 0.00 | 236.84 |
| Acct: 2941 | | | | |
| CAPITAL ONE NA** | 843.91 | 357.29 | 0.00 | 357.29 |
| Acct: 2501 | | | | |
| LEXUS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,317.61 | 557.84 | 0.00 | 557.84 |
| Acct: 2834 | | | | |
| M BIANCO DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXNYDZ | | | | |
| PAYPAL BUYER CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2469 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 744.21 | 315.07 | 0.00 | 315.07 |
| Acct: 3588 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,117.61 | 896.53 | 0.00 | 896.53 |
| Acct: 4301 | | | | |
| DOLLAR BANK FSB(*) | 956.91 | 405.12 | 0.00 | 405.12 |
| Acct: 3103 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 366.45 | 155.14 | 0.00 | 155.14 |
| Acct: 1734 | | | | |
| PETER J ASHCROFT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 19,141.56 |

TOTAL PAID TO CREDITORS                                                                                     45,390.71

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 1,827.33 |
| UNSECURED | 45.212.34 |

Date: 04/03/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com