IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 13 |
| Debtor(s) | ) | Related Docket No. 51 |
| | ) | |
| | ) | |
| Mark E. DeLuca | ) | |
| Kristin L. DeLuca, | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) March 22, 2017

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

                                                Respectfully submitted,

March 23, 2017                                   /s/ Kenneth M. Steinberg
DATE                                                     Kenneth M. Steinberg, Esquire
                                                            Attorney for the Debtor(s)

                                                     STEIDL & STEINBERG
                                                   Suite 2830 – Gulf Tower
                                                   707 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 391-8000
                                                   kenny.steinberg@steidl-steinberg.com
                                                   PA I.D. No. 208402

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-20707-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Mar 22 13:40:55 EDT 2017 | Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | Bank of America<br>c/o Dynia & Associates<br>1400 East Touly Ave.<br>Suite G2<br>Des Plaines, IL 60018-3338 |
| Barclay Bank<br>125 South West Street<br>Wilmington, DE 19801-5014 | Borough of Whitehall<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 |
| CERASTES, LLC<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106-1826 | Chase/Disney<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Citicard<br>Processing Center<br>Des Moines, IA 50363-0001 | Kristin L. DeLuca<br>4729 Old Boston Road<br>Pittsburgh, PA 15227-1113 | Mark E. DeLuca<br>4729 Old Boston Road<br>Pittsburgh, PA 15227-1113 |
| Discover<br>PO Box 6106<br>Carol Stream, IL 60197-6106 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Dollar Bank, FSB<br>PO Box 3969<br>Pittsburgh, PA 15230-3969 |
| ECAST SETTLEMENT CORPORATION, ASSIGNEE<br>OF CITIBANK, N.A.<br>POB 29262<br>NEW YORK, NY 10087-9262 | EnerBank USA<br>1245 E. Brickyard Road, Suite 600<br>Salt Lake City, UT 84106-2562 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 |
| Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001-9013 | Andrew F Gornall<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 | Kohl's<br>N56 W17000 Ridgewood Drive<br>Menomonee Falls, WI 53051-7096 | (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 |
| Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | M. Bianco, DDS<br>16 Distributor Drive<br>Suite 1<br>Morgantown, WV 26501-7209 | MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 |
| Midland Mortgage<br>PO Box 26648<br>Oklahoma City, OK 73126-0648 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Paypal<br>P.O. Box 45950<br>Omaha, NE 68145-0950 |

| | | |
|---|---|---|
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| REI/USBank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 | Sears<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | United Recovery Systems<br>6330 Gulfton<br>Houston, TX 77081-1108 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Home Depot<br>PO Box 182676<br>Columbus, OH 43218 | Lexus Financial Services<br>PO Box 5855<br>Carol Stream, IL 60197 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

(d)Toyota Motor Credit Corporation
PO BOX 8026
Cedar Rapids, Iowa 52408-8026


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Borough of Whitehall | (u)Duquesne Light Company | (u)MidFirst Bank |

End of Label Matrix
Mailable recipients    38
Bypassed recipients     3
Total                  41