PAWB FORM 30  (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No.  15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 7 |
| Debtor(s) | ) | Related Docket No. 66 |
| | ) | |
| Mark E. DeLuca | ) | |
| Kristin L. DeLuca, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Christopher M. Frye, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of the amended Rule 1019 Report at docket no.72

UPMC Health Services
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Foundation Radiology Group
PO Box 1198
Somerset, PA 15501

Foundation Radiology Group
75 Remittance Drive, Dept. 6757
Chicago, IL 6075-6757

JRMC Specialty Group Practice
PO Box 643793
Pittsburgh, PA 15264-3793
Jefferson Hospital
PO Box 3475
Toledo, OH 43607-0475

Jefferson Hospital
PO Box 643054
Pittsburgh, PA 15264-3054


Hanger Clinic
62857 Collection Center Drive
Chicago, IL 6093-0628

Michael M. Bianco, DMD
4232 Brownsville Road
GBU Building
Pittsburgh, PA 15227

Pediatric Dentistry South
1580 McLaughlin Run Road #204
Pittsburgh, PA 15241-3191


                      Respectfully submitted,

May 4, 2017                /s/ Kenneth M. Steinberg
DATE                          Kenneth M. Steinberg, Esquire
                                     Attorney for the Debtor(s)

                                     STEIDL & STEINBERG
                                     Suite 2830 – Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219
                                     (412) 391-8000
                                     kenny.steinberg@steidl-steinberg.com
                                     PA I.D. No. 31244