IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 7 |
|    Debtor(s) | ) | Related Docket No. 66 |
| | ) | |
| Mark E. DeLuca | ) | |
| Kristin L. DeLuca, | ) | |
|    Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## **AMENDED RULE 1019 REPORT**

AND NOW, come the Debtors, Mark E. DeLuca and Kristin L. DeLuca, by and through their attorney Kenneth M. Steinberg, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case was commenced on March 3, 2015 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors' Chapter 13 bankruptcy case was converted to Chapter 7 by Court order dated March 21, 2017 recorded at docket no. 54.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not entered into or assumed any executory contracts, and have not acquired any additional or new property, either real or personal.

4. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have incurred the following debts:

UPMC Health Services
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203
$1,183.19

Foundation Radiology Group
PO Box 1198
Somerset, PA 15501
$42.33

JRMC Specialty Group Practice
PO Box 643793
Pittsburgh, PA 15264-3793
$44.88

Jefferson Hospital
PO Box 3475
Toledo, OH 43607-0475
$518.00

Hanger Clinic
62857 Collection Center Drive
Chicago, IL 6093-0628
$244.79

Michael M. Bianco, DMD
4232 Brownsville Road
GBU Building
Pittsburgh, PA 15227
$75.00

Pediatric Dentistry South
1580 McLaughlin Run Road #204
Pittsburgh, PA 15241-3191
$199.80

WHEREFORE, the Debtors, Mark E. DeLuca and Kristin L. DeLuca, respectfully file this Rule 1019 Report.

                                                Respectfully submitted,

May 4, 2017                        /s/ Kenneth M. Steinberg
DATE                                  Kenneth M. Steinberg, Esquire
                                                Attorney for the Debtor(s)

                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                kenny.steinberg@steidl-steinberg.com
                                                PA I.D. No. 31244