IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark E. DeLuca | ) | Case No. 15-20707-GLT |
| Kristin L. DeLuca, | ) | Chapter 7 |
| Debtor(s) | ) | Related Docket No. 73 |
| | ) | |
| Mark E. DeLuca | ) | |
| Kristin L. DeLuca, | ) | |
| Movant(s) | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

## CERTIFICATE OF SERVICE OF AMENDED 1019 REPORT

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) May 4, 2017

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

UPMC Health Services
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

Foundation Radiology Group
PO Box 1198
Somerset, PA 15501

Foundation Radiology Group
75 Remittance Drive, Dept. 6757
Chicago, IL 6075-6757

JRMC Specialty Group Practice
PO Box 643793
Pittsburgh, PA 15264-3793

Jefferson Hospital
PO Box 3475
Toledo, OH 43607-0475

Jefferson Hospital
PO Box 643054
Pittsburgh, PA 15264-3054

Hanger Clinic
62857 Collection Center Drive
Chicago, IL 6093-0628

Michael M. Bianco, DMD
4232 Brownsville Road
GBU Building
Pittsburgh, PA 15227

Pediatric Dentistry South
1580 McLaughlin Run Road #204
Pittsburgh, PA 15241-3191

Natalie Lutz Cardiello
107 Huron Drive
Carnegie, PA 15106

Mark E. DeLuca
Kristin L. DeLuca
4729 Old Boston Road
Pittsburgh, PA 15227

                                        Respectfully submitted,

    May 4, 2017                             /s/ Kenneth M. Steinberg
    DATE                                      Kenneth M. Steinberg, Esquire
                                            Attorney for the Debtor(s)

                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            kenny.steinberg@steidl-steinberg.com
                                            PA I.D. No. 31244